**Order filed July 30, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00337-CR

_____

## JAMIE ALBERTO IBARRA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1287084**

# O R D E R

This is an appeal from appellant's conviction for aggravated assault. The clerk's record was filed July 23, 2013. Appellant's counsel has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Appellant filed an Objection to the Record, and requested that this court order the record supplemented. We grant the request, and issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 19, 2013**, containing the following items:

1. Motion to Recuse the Honorable Ruben Guerrero, on which the orders denying recusal signed October 30, 2012, and November 9, 2012, are based;

2. Defendant's Pro se Motion to Dismiss Defendant's Counsel, Michael Slider.

3. Defense Counsel's Motion to Withdraw, filed on or about April 4, 2013; and

4. Defendant's Motion Requesting a Psychiatric Examination and the trial court's Order denying same, filed on or about April 5, 2013.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM